IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE:  CASE NO. 17-61089
JUDGE RUSS KENDIG
NELLIE ROBIN DAVIS  CHAPTER 13 PROCEEDING

<u>MOTION</u>
Debtor  (To Borrow/Refinance)

Now comes the debtor, by and through counsel, and moves the Court for an Order allowing her to refinance her current mortgages on her real estate located at 1126 Fairlane Avenue S.W., Canton, OH 44710 and more fully described as Parcel No. 4310082. The specific information regarding the proposed refinance is set forth below:

1. The debtor filed these proceedings pursuant to 11 U.S.C. Chapter 13 on May 12, 2017.

2. The debtor is the titled owner of the property to be refinanced located at 1126 Fairlane Avenue S.W., Canton, OH 44710 as more fully described on the attached Auditor's card (Exhibit A).

3. At the time of the filing of these proceedings, the aforesaid property had a value of $136,900. The current value is $143,100.00 (Exhibit A).

4. The debtor proposes to borrow the total amount of approximately $146,520.00.

5. The aforesaid $146,520.00 will be used to pay off the mortgages on said property owing to Ditech Financial and PNC with approximate balances totaling $130,000.00 and settlement charges as more fully described on the attached Loan Estimate from Signature Mortgage Corporation (Exhibit B).

7. A completed and executed Motion to Refinance Worksheet is included with this Motion setting forth additional information regarding the proposed refinance.

8. The debtor desires to refinance in order to obtain a lower interest rate and lower monthly payments.

9. The debtor further represents that allowing his transaction will not adversely affect any creditors.

WHEREFORE, debtor prays for an Order in accordance with this Motion.

/s/Donald M. Miller
DONALD M. MILLER #0003544
ATTORNEY FOR DEBTOR
1400 N. Market Avenue
Canton, OH 44714
Phone: 330456-9911
Fax: 330-456-3092
e-mail: bankruptcy_attys@yahoo.com

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing Motion to Borrow/Refinance was electronically transmitted on or about March 1, 2019: Via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

- Thomas R. Houlihan   Houlihan@amer-law.com, sallman@amer-collect.com;jvaughan@amer-collect.com;HouliECF@aol.com

- Steven H. Patterson   ohbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com

- Dynele L Schinker-Kuharich   DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com

- United States Trustee   (Registered address)@usdoj.gov

- Joshua Ryan Vaughan   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com

By regular United States Mail on March 1, 2019 upon:

All creditors at the addresses as shown on the attached mailing matrix.

Nellie Davis
1126 Fairlane Ave. S.W.
Canton, OH 44710

/s/Donald M. Miller
DONALD M. MILLER
ATTORNEY FOR DEBTOR

# Property Record Card - Alan Harold, Stark County Auditor

## Subject Property

| Field | Value |
|---|---|
| Parcel | 4310082 |
| Owner | DAVIS NELLIE R |
| Address | 1126 FAIRLANE AVE SW CANTON OH 44710-1344 |
| Mailing Address Line 1 | CORE LOGIC |
| Mailing Address Line 2 | 2500 WESTFIELD DR |
| Mailing Address Line 3 | ELGIN IL 60124 |
| Legal Description | 199 WH WEST MANOR 3 |
| Last Inspected | 01/01/2018 |
| Property Class | RESIDENTIAL |
| DTE Classification | 510 - 1-FAMILY DWELLING |
| Tax District | 00400 PERRY TWP - PERRY LSD |
| School District | 7614 PERRY LSD |
| Township | PERRY TOWNSHIP |
| City | UNINCORPORATED |
| Neighborhood | 043-02-06-08 |
| Map Routing Number | 43 012SE 06 0500 |

## Allotments

| Allotment | Lot |
|---|---|
| No Allotment Information Available | |

## Valuation Details

| Year | Appraised Land Value | Assessed Land Value | Appraised Building Value | Assessed Building Value | Appraised Total Value | Assessed Total Value |
|---|---|---|---|---|---|---|
| 2018 | $26,400 | $9,240 | $116,700 | $40,850 | $143,100 | $50,090 |
| 2017 | $22,900 | $8,020 | $114,000 | $39,900 | $136,900 | $47,920 |
| 2016 | $22,900 | $8,020 | $114,000 | $39,900 | $136,900 | $47,920 |
| 2015 | $22,900 | $8,020 | $114,000 | $39,900 | $136,900 | $47,920 |
| 2014 | $22,200 | $7,770 | $110,200 | $38,570 | $132,400 | $46,340 |
| 2013 | $22,200 | $7,770 | $110,200 | $38,570 | $132,400 | $46,340 |
| 2012 | $22,200 | $7,770 | $110,200 | $38,570 | $132,400 | $46,340 |
| 2011 | $23,600 | $8,260 | $119,500 | $41,830 | $143,100 | $50,090 |
| 2010 | $23,600 | $8,260 | $119,500 | $41,830 | $143,100 | $50,090 |
| 2009 | $23,600 | $8,260 | $119,500 | $41,830 | $143,100 | $50,090 |
| 2008 | $23,600 | | $137,400 | | $161,000 | $56,350 |

## Land Details

| Description | Acreage | Frontage | Depth | Area (sqft) | Method | Rate | Adj % | Value |
|---|---|---|---|---|---|---|---|---|
| HOUSE LOT | | 60 | 160 | 9,600 | FF | $460.00 | 0 | $26,400 |

## Sales Details

| Date | Work Order Number | Work Order Year | Number Of Parcels | Arms Length | Sale Price | Taxable Value |
|---|---|---|---|---|---|---|
| 5/26/2009 | 4873 | 2009 | 0 | NO | $0 | $56,350 |

Exhibit A

# SIGNATURE MORTGAGE CORPORATION
4790 DOUGLAS CIR., N.W. · Canton, OH 44718

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| DATE ISSUED | 2/25/2019 |
| APPLICANTS | NELLIE R DAVIS<br>1126 FAIRLANE SW<br>Canton, OH 44710 |
| PROPERTY | 1126 FAIRLANE SW<br>Canton, OH 44710 |
| PROP. VALUE | $180,000 |

| | |
|---|---|
| LOAN TERM | 30 years |
| PURPOSE | Refinance |
| PRODUCT | Fixed Rate |
| LOAN TYPE | ☐ Conventional  ☒ FHA  ☐ VA  ☐ _____ |
| LOAN ID # | 19SMC014530 |
| RATE LOCK | ☐ NO  ☒ YES, until 4/11/2019 at 5:00 PM EDT<br>*Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on 4/8/2019 at 5:00 PM EDT* |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $146,520 | NO |
| **Interest Rate** | 4.75 % | NO |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $764.32 | NO |

| | | Does the loan have these features? |
|---|---|---|
| **Prepayment Penalty** | | NO |
| **Balloon Payment** | | NO |

## Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $764.32 |
| Mortgage Insurance | + 101 |
| Estimated Escrow<br>*Amount can increase over time* | + 255 |
| **Estimated Total Monthly Payment** | **$1,120** |

| **Estimated Taxes, Insurance & Assessments**<br>*Amount can increase over time* | $255<br>Monthly | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other: | In escrow?<br>YES<br>YES |
|---|---|---|---|

*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.*

## Costs at Closing

| **Estimated Closing Costs** | $7,861 | Includes $5,851 in Loan Costs + $2,010 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| **Estimated Cash to Close** | -$138,659 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

02/25/2019 12:21 PM PST
Page 1 of 3 · LOAN ID # 19SMC014530
GTRIDLEJ (INI)

17-61089-rk    Doc 31    FILED 03/01/19    ENTERED 03/01/19 11:41:08    Page 4 of 10

Exhibit B

# WORKSHEET: MOTION TO REFINANCE

Debtor(s): Nellie Robin Davis   Case number: 17-61089

## A. BACKGROUND INFORMATION

1. Address of property to be refinanced:
   1126 Fairlane Avenue S.W., Canton, OH 44710

2. Appraised value of Property as appraised by trustee.
   (Attach trustee's appraisal or include explanation as to non-applicability on separate page)
   $ n/a-no appraisal by Trustee

3. Total amount of unsecured debt scheduled: $ 11,755.00

4. Total unsecured claims filed to date: $ 11,599.01

5. Dividend to unsecured creditors: POT %

6. Date Case filed: 5/12/17

7. Chapter 13 payoff balance $ 11,747.71

8. Is mortgage being paid by trustee? no

## B. CURRENT MORTGAGE LOAN INFORMATION

9. Current interest rate: 5.5 %
   Is the rate fixed or adjustable? fixed
   If adjustable, what is the rate cap? _____ %

10. Term of current mortgage loan: 30 years
    How many years until paid in full? 15 years

11. Current payoff balance $ Ditech- $97,000 -approx

12. Monthly mortgage payment $ 948.15   Does this amount include taxes and insurance? taxes
    If not, what is the amount taxes and insurance monthly? $ 135.86

## C. PROPOSED REFINANCING INFORMATION

13. Proposed interest rate: 4.75 %
    Is the rate fixed or adjustable? fixed
    If adjustable, what is the rate cap? _____ %

14. Term of proposed loan: 30 years

15. Total closing cost for proposed refinancing $ 7861.00
    ATTACH A COPY OF THE PROPOSED CLOSING STATEMENT.

16. Net proceeds to debtor $ 8,659.00
    Proposed use of funds: repairs to home

17. Amount to be paid on the Chapter 13 plan: $ n/a

18. Total to be borrowed? $ 146,520.00

19. Proposed monthly mortgage payment $ 1,120.00   Does this amount include taxes and insurance? yes

## D. ACKNOWLEDGMENT OF DEBTOR AND COUNSEL

20. By signing below, I acknowledge that my attorney, unless I am pro se, has reviewed the information on this worksheet with me and has offered to answer all my questions that I may have regarding the worksheet or the proposed refinancing

Signature of Debtor: *Nellie Robin Davis*   Date: 3-1-19
Signature of Debtor: _____   Date: _____
Signature of Counsel: *[signature]*   Date: 2/27/19

# WORKSHEET: MOTION TO REFINANCE

Debtor(s): Nellie Robin Davis    Case number: 17-61089

## A. BACKGROUND INFORMATION

1. Address of property to be refinanced:
   1126 Fairlane Avenue S.W., Canton, OH 44710

2. Appraised value of Property as appraised by trustee.
   (Attach trustee's appraisal or include explanation as to non-applicability on separate page)
   $ n/a-no appraisal by Trustee

3. Total amount of unsecured debt scheduled: $ 11,755.00

4. Total unsecured claims filed to date: $ 11,599.01

5. Dividend to unsecured creditors: POT %

6. Date Case filed: 5/12/17

7. Chapter 13 payoff balance $ 11,747.71

8. Is mortgage being paid by trustee? no

## B. CURRENT MORTGAGE LOAN INFORMATION

9. Current interest rate: 5.25 %
   Is the rate fixed or adjustable? _____
   If adjustable, what is the rate cap? _____ %

10. Term of current mortgage loan: N/A years
    How many years until paid in full? _____ years

11. Current payoff balance $ PNC- 31,000.00 approx.

12. Monthly mortgage payment $ 426.00    Does this amount include taxes and insurance? n/a
    If not, what is the amount taxes and Insurance monthly? $ _____

## C. PROPOSED REFINANCING INFORMATION

13. Proposed interest rate: 4.75 %
    Is the rate fixed or adjustable? fixed
    If adjustable, what is the rate cap? _____ %

14. Term of proposed loan: 30 years

15. Total closing cost for proposed refinancing $ 7861.00
    ATTACH A COPY OF THE PROPOSED CLOSING STATEMENT.

16. Net proceeds to debtor $ 8,659.00
    Proposed use of funds: repairs to home

17. Amount to be paid on the Chapter 13 plan: $ n/a

18. Total to be borrowed? $ 146,520.00

19. Proposed monthly mortgage payment $ 1,120.00    Does this amount include taxes and insurance? yes

## D. ACKNOWLEDGMENT OF DEBTOR AND COUNSEL

20. By signing below, I acknowledge that my attorney, unless I am pro se, has reviewed the information on this worksheet with me and has offered to answer all my questions that I may have regarding the worksheet or the proposed refinancing

Signature of Debtor  *Nellie Robin Davis*    Date: 3-1-19
Signature of Debtor  _____    Date: _____
Signature of Counsel  *Ronald M Niell*    Date: 2/27/19

**17-61089-rk** Nellie Robin Davis
Case type: bk Chapter: 13 Asset: Yes Vol: v **JUDGE: RUSS KENDIG**
**Date filed:** 05/12/2017 **Date of last filing:** 01/09/2019 **Plan confirmed:** 08/03/2017

# Creditors

| | |
|---|---|
| **ACSO of Ohio, Inc. d/b/a Advance America**<br>135 North Church Street<br>Spartanburg, SC 29306 | (24894223)<br>(cr) |
| **ADVANCE ASSOCIATES**<br>PO BOX 7103<br>Lewiston, ME 04243 | (24866543)<br>(cr) |
| **CAPITAL ONE**<br>PO BOX 6492<br>Carol Stream, IL 60197-6492 | (24866544)<br>(cr) |
| **CHECK N GO**<br>2802 WHIPPLE RD<br>Canton, OH 44708 | (24866545)<br>(cr) |
| **DISCOVER**<br>PO BOX 742655<br>Cincinnati, OH 45274-2655 | (24866546)<br>(cr) |
| **Discover Bank**<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (24886099)<br>(cr) |
| **DITECH**<br>PO BOX 94710<br>Palatine, IL 60094-4710 | (24866547)<br>(cr) |
| **Ditech Financial LLC fka Green Tree Servicing LLC**<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | (25001293)<br>(cr) |
| **EQUIFAX**<br>PO BOX 740241<br>Atlanta, GA 30374 | (24866548)<br>(cr) |
| **EXPERIAN**<br>PO BOX 2104<br>Allen, TX 75013-2104 | (24866549)<br>(cr) |
| | (24866550)<br>(cr) |

FIRST AMERICAN LOANS/ADVANCE AMERIC
1218 20TH ST NW
Canton, OH 44709

MARATHON - COMENITY  (24866551)
PO BOX 659584  (cr)
San Antonio, TX 78265

MIDLAND FUNDING LLC  (25048171)
PO BOX 2011  (cr)
WARREN, MI 48090

NCP FINANCE OHIO LLC  (24866552)
205 SUGAR CAMP CIR DEPT CIC  (cr)
Dayton, OH 45409

PNC BANK  (24866553)
PO BOX 856177  (cr)
Louisville, KY 40285-6177

Portfolio Recovery Associates, LLC  (25068109)
POB 12914  (cr)
Norfolk VA 23541

PRA Receivables Management, LLC  (24869541)
PO Box 41021  (ntcapr)
Norfolk, VA 23541

Quantum3 Group LLC as agent for
MOMA Funding LLC  (25017923)
PO Box 788  (cr)
Kirkland, WA 98083-0788

TEBO  (24866554)
4740 BELPAR ST NW UNIT A  (cr)
Canton, OH 44708

TEBO FINANCIAL  (24866555)
4932 EVERHARD RD  (cr)
Canton, OH 44718

Tebo Financial Services, Inc.  (25079540)
4932 Everhard Rd.  (cr)
Canton, OH 44718

TRANS UNION
2 BALDWIN PL  (24866556)
PO BOX 1000  (cr)
Chester, PA 19022

WALMART  (24866557)
PO BOX 530927  (cr)
Atlanta, GA 30353-0927

**Wells Fargo Bank N.A.,** (24956467)
d/b/a Wells Fargo Dealer Services (cr)
PO Box 19657
Irvine, CA 92623-9657

**WELLS FARGO DEALER** (24866558)
PO BOX 17900 (cr)
Denver, CO 80217-0900

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2019 12:48:37 | | | |
| PACER Login: | millerhornbrook:2694584:0 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 17-61089-rk Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:  CASE NO. 17-61089
 CHAPTER 13 PROCEEDING
NELLIE ROBIN DAVIS  JUDGE RUSS KENDIG

     Debtor

## NOTICE

Counsel for the debtor has filed a Motion to Borrow/Refinance with the Court in this bankruptcy case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views, then on or before **March 8, 2019**, you or your attorney must:

File with the Court a written response setting forth the specific grounds for objection at:

    CLERK OF COURTS
    UNITED STATES BANKRUPTCY COURT
    Ralph Regula Federal Building
    401 McKinley Avenue S.W.
    Canton, Ohio 44702

You must also mail a copy to:
    DONALD M. MILLER
    ATTORNEY FOR DEBTOR
    1400 North Market Avenue
    Canton, Ohio 44714

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it before the date stated above.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought.